IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JERRY R BARRISH

    Plaintiff,

v.

UNIGARD, et al

    Defendant.

No. C 05 2824 VRW

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

ADR CERTIFICATION

The parties stipulate to participate in the following ADR process:

**Court Processes:**

☐ Arbitration      ☐ ENE      ☒ Mediation

*(To provide additional information regarding timing of session, preferred subject matter expertise of neutral, or other issues, please attach a separate sheet.)*

**Private Process:**

☐ Private ADR *(please identify process and provider)*

Dated: 10/18/05

Attorney for Plaintiff

Dated: 10/18/05

Attorney for Defendant

Sedgwick, Detert, Moran, Arnold LLP

IT IS SO ORDERED:

Dated: _____

UNITED STATES DISTRICT JUDGE
Judge Vaughn R Walker

STIPULATION AND ORDER SELECTING ADR PROCESS / ADR CERTIFICATION

## SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL

Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

*(Note: This Certification must be signed by each party and its counsel.)*

Dated: 10/18/05

[Typed name and signature of plaintiff]
JERRY R. BARRISH

Dated: 10/18/05

[Typed name and signature of counsel for plaintiff]
MARYANN DRESNER

Dated: _____

SEE ATTACHED.
[Typed name and signature of defendant]

Dated: 10/18/05

MICHAEL A. TOPP
[Typed name and signature of counsel for defendant]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Jerry Barrish  Plaintiff(s),

Case No. 439146

ADR CERTIFICATION BY PARTIES
AND COUNSEL

v.

Unigard Insurance Company  Defendant(s).

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov (*Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45*);

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 10/17/05

[Party] Douglas Furman
AVP Claims
Unigard Insurance

Dated: _____

[Counsel]